UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAEZ, JONATHAN BERMUDEZ, JERMAINE GONSALVES, and DEDRICK LINDSEY on behalf of themselves and all others similarly situated<br><br>Petitioners,<br><br>v.<br><br>ANTONE MONIZ,<br><br>Respondent. | Civil Action<br>No. 20-10753-LTS |

### ORDER

**April 17, 2020**

Sorokin, D.J.

This Court hereby orders that:

1. Antone Moniz is substituted as the respondent. See Rumsfeld v. Padilla, 542 U.S. 426, 439 (2004) (immediate custodian of petitioner is proper respondent in habeas action). The other respondents are dismissed from this action without prejudice.

2. The Clerk shall serve the petition on the Respondent and the United States Attorney for the District of Massachusetts.

3. Respondent shall respond to the petition by April 24, 2020. Petitioners shall file a reply by May 1, 2020.

4. Respondent shall file a status report by April 21, 2020.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge