UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAEZ, JONATHAN BERMUDEZ, JERMAINE GONSALVES, and DEDRICK LINDSEY on behalf of themselves and all others similarly situated;<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>JOSEPH D. MCDONALD, JR., SHERIFF OF PLYMOUTH COUNTY, in his official capacity, ANTONE MONIZ, SUPERINTENDENT OF THE PLYMOUTH COUNTY CORRECTIONAL FACILITY, in his official capacity, and JOHN and JANE DOES, in their individual and official capacities;<br><br>Defendants-Respondents. | Case No. 1:20-cv-10753 |

## APPLICATION FOR AN EMERGENCY TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF

Pursuant to Fed. R. Civ. P. 65 and this Court's inherent authority to provide effective habeas relief under 28 U.S.C. § 2241, Petitioners move for the issuance of an order temporarily restraining Respondents, and preliminary injunctive relief on behalf of themselves and all other similarly situated federal pretrial detainees and prisoners who are in custody at Plymouth County Correctional Facility in Plymouth, Massachusetts ("Plymouth").

Specifically, Petitioners request that the government be ordered to response to this petition at the earliest practicable date, but in no event later than April 21, 2020.

Petitioners further request that this Court schedule a hearing on this matter at the earliest practicable date and that this Court:

    a. Order Respondents to immediately take all actions to reduce the federal detainee population at Plymouth by releasing a sufficient number of federal detainees from the facility in order to ensure the health and safety of all members of the Class;

    b. Appoint an expert under Federal Rule of Evidence 706 to make recommendations to the Court regarding how many and which class members to order released so as to ensure that the number of detainees remaining at Plymouth can be housed consistently with CDC guidance on best practices to prevent the spread of COVID-19, including the requirement that detainees be able to maintain six feet of space between them and further order that such recommendations take into account CDC guidance concerning health factors that put individuals at elevated risk of death from COVID-19;

    c. Require Respondents to adopt the policies and procedures detailed in the Memorandum of Law, and appoint an independent monitor with medical expertise and provide the monitor with unfettered access to medical units, confidential communication with detained individuals in and out of quarantine, and surveillance video of public areas of the facilities.

In support of this Application, Petitioners rely on the accompanying Memorandum as well as their Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief and supporting affidavits.

*/s/ Daniel Cloherty*
Daniel J. Cloherty (BBO # 565772)
Saraa Basaria (BBO # 685705)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
dcloherty@toddweld.com
sbasaria@toddweld.com

*/s/ Emily Schulman*
Emily R. Schulman (BBO #566374)
Adam W. McCall (*pro hac vice pending*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6077
emily.schulman@wilmerhale.com
adam.mccall@wilmerhale.com

David E. Rudin (*pro hac vice pending*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7249
david.rudin@wilmerhale.com

*Attorneys for Anthony Baez, Jonathan Bermudez, Jermaine Gonsalves, and Dedrick Lindsey and the proposed class*

## RULE 7.1(A)(2) CERTIFICATE

I, Emily R. Schulman, hereby certify that on April 17, 2020, I conferred in good faith with counsel for the Respondents to discuss whether it would be possible to resolve or narrow the issues that this Motion presents.

/s/ Emily Schulman
Emily R. Schulman

## CERTIFICATE OF SERVICE

I, Emily R. Schulman, counsel for Petitioners, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); this document is being sent by first class mail to the Respondents c/o Patrick Lee, Director of Legal/Civil Process, Plymouth County Sheriff's Department, 24 Long Pond Road, Plymouth, MA 02360 and by email at plee@pscdma.org and to Rayford Farquhar, AUSA, United States Attorney's Office, One Courthouse Way, Boston, MA 02210 and by email at Rayford.Farquhar@usdoj.gov.

/s/ Emily Schulman
Emily R. Schulman