UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAEZ, JONATHAN BERMUDEZ JERMAINE GONSALVES, and DEDRICK LINDSEY on behalf of themselves and all others similarly situated,<br><br>          Petitioners,<br><br>    v.<br><br>ANTONE MONIZ,<br><br>          Respondent. | Civil Action No. 20-10753-LTS |

## RESPONDENT'S ASSENTED-TO MOTION TO SEAL AN EXHIBIT

Respondent Antone Moniz, Superintendent of the Plymouth County Correctional Facility ("Respondent"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully moves this Court to seal one exhibit filed in support of Respondent's motion to dismiss (Doc. # 22) and in support of Respondent's opposition to Petitioners' TRO motion (Doc. # 23). The exhibit was submitted to chambers staff by email, following consultation with chambers staff, as well as counsel for Petitioners. Placeholders were used in the ECF filings. *See* Ex. E (ECF No. 22-5); Ex. E (ECF No. 23-5). The exhibit should be filed under seal because it contains confidential medical information regarding Petitioners. Counsel for Petitioners assented to the relief sought in this motion.

WHEREFORE, Respondent respectfully requests that the Court grant this motion and allow Exhibit E to be filed under seal.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ANTONE MONIZ<br>Superintendent of the Plymouth<br>County Correctional Facility |
|  | By his attorneys, |
|  | ANDREW E. LELLING,<br>United States Attorney |
| By: | */s/ Jason C. Weida*<br>Jason C. Weida<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts  02210<br>(617) 748-3180 |
| Dated:  April 21, 2020 | Jason.Weida@usdoj.gov |

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that, by email on April 21, 2020, I conferred with counsel for Petitioners, who would assented to the relief sought in this motion.

>*/s/ Jason C. Weida*
>Jason C. Weida
>Assistant U.S. Attorney

1