UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAEZ, JONATHAN BERMUDEZ JERMAINE GONSALVES, and DEDRICK LINDSEY on behalf of themselves and all others similarly situated,<br><br>          Petitioners,<br><br>    v.<br><br>ANTONE MONIZ,<br><br>          Respondent. | Civil Action No. 20-10753-LTS |

## **RESPONDENT'S STATUS REPORT**

For its status report in the above matter (*see* Doc. # 5 ¶ 4), Respondent Antone Moniz, Superintendent of the Plymouth County Correctional Facility ("Respondent"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully incorporates herein and refers this Court to Respondent's motion to dismiss papers (Doc. ## 22-23) and Respondent's opposition to Petitioners' TRO motion (Doc. # 23), including the multiple declarations submitted with those papers (including one declaration filed under seal, Exhibit E, that contains medical information about Petitioners).

                                                            Respectfully submitted,

                                                            ANTONE MONIZ,
                                                            Superintendent of the Plymouth
                                                            County Correctional Facility

                                                            By his attorneys,

                                                            ANDREW E. LELLING,
                                                            United States Attorney

|  |  |
|---|---|
|  | By:    */s/ Jason C. Weida*<br>Jason C. Weida<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts  02210<br>(617) 748-3180 |
| Dated:  April 21, 2020 | Jason.Weida@usdoj.gov |