UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAEZ, JONATHAN BERMUDEZ JERMAINE GONSALVES, and DEDRICK LINDSEY on behalf of themselves and all others similarly situated,<br><br>    Petitioners,<br><br>  v.<br><br>ANTONE MONIZ,<br><br>    Respondent. | Civil Action No. 20-10753-LTS |

**RESPONDENT'S STATUS REPORT**

  Respondent Antone Moniz, Superintendent of the Plymouth County Correctional Facility ("Respondent"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this status report to inform the Court and parties of the below developments.  The undersigned informed counsel for Petitioners of these developments last night and this morning by telephone (with the exception of the one pending inmate test and one pending staff test, which are developments that the undersigned learned about today).  Because the undersigned participated in a Zoom hearing in another matter this morning, this afternoon presented the first opportunity to file this status report.

  As of the date and time of filing, 12 inmates and detainees at the Plymouth County Correctional Facility ("PCCF") have been tested for COVID-19.  Eleven of those 12 inmates and detainees had negative test results (one test of a county inmate currently is outstanding, as noted in the last paragraph below).  Two employees of the Plymouth County Sheriff's Department, however, have tested positive for COVID-19.  That development brings the total number of

positive cases among employees to three (the first case was the mid-March employee case previously reported in Respondent's filings). The details surrounding the two additional employee cases are set forth below.

On April 28, 2020, an employee of the Sheriff's Department testified positive for COVID-19. That employee is a part-time deputy sheriff who transports ICE detainees between other facilities, but does not transport detainees to or from PCCF. That employee sometimes is stationed at outside hospitals where inmates are admitted for treatment (as with detainees, the employee does not transport inmates to or from PCCF). On April 22, 2020, the employee worked a hospital detail and maintained care and custody of a state inmate admitted to the hospital. On April 25, 2020, when the inmate returned to PCCF, he was housed in the intake quarantine unit per Department protocols. Upon notice of the employee's positive test result, the Department placed the inmate on quarantine in the medical unit.

In addition, on April 28, 2020, another employee of the Sheriff's Department testified positive for COVID-19. That employee is a correction officer assigned to the booking unit. The Department used surveillance footage to verify that the employee did not have close contact with any inmates or detainees. The Department will keep out of PCCD for at least 14 days all coworkers who had close contact with the employee.

Finally, on April 29, 2020, one additional employee and one additional inmate have been tested for COVID-19 (the additional inmate test was noted above). As of the date and time of filing, the Department has not received notice of the results of those tests. When it does, Respondent will file an updated status report.

                Respectfully submitted,

                ANTONE MONIZ
                Superintendent of the Plymouth
                County Correctional Facility

                By his attorneys,

                ANDREW E. LELLING,
                United States Attorney

By:   */s/ Jason C. Weida*
       Jason C. Weida
       Assistant U.S. Attorney
       United States Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, Massachusetts  02210
       (617) 748-3180
Dated:  April 29, 2020       Jason.Weida@usdoj.gov