UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAEZ, JONATHAN BERMUDEZ JERMAINE GONSALVES, and DEDRICK LINDSEY on behalf of themselves and all others similarly situated,<br><br>          Petitioners,<br><br>    v.<br><br>ANTONE MONIZ,<br><br>          Respondent. | Civil Action No. 20-10753-LTS |

## RESPONDENT'S UPDATED STATUS REPORT

Respondent Antone Moniz, Superintendent of the Plymouth County Correctional Facility ("Respondent"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this status report to inform the Court and parties of the below developments. As reported yesterday, a test was administered yesterday on an inmate and the results were pending at the time Respondent filed his status report. Doc. # 48. This morning, that test of the inmate came back positive. Details regarding the inmate and the response by the Plymouth County Correctional Facility ("PCCF") are set forth below.

This is the first positive test of anyone in the inmate and detainee population at PCCF. This particular inmate arrived at PCCF on April 24, 2020. He was arrested on county charges, and is detained at PCCF as a state pretrial detainee. During intake, the inmate denied any contact with anyone with COVID-19. Per protocols, the inmate was quarantined upon his arrival, first in the booking unit in his own cell (from April 24 until April 28), and then in the intake quarantine unit (from April 28 until April 29). On April 29, the inmate presented with symptoms and was tested

for COVID-19. ███████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████ That day, while the results were pending, the inmate was placed in isolation in the medical unit as a precaution. The next day the test came back positive. The inmate remains in isolation in the medical unit, where he is assigned to a negative pressure room. There is 24/7 nursing care on site; checks of vital signs twice daily; and a transportation plan in the event of severe symptoms.[1]

In light of this development, Respondent respectfully withdraws his argument, asserted in his motion to dismiss and incorporated into his opposition to the TRO/PI motion, that Petitioners lack standing.

                                                       Respectfully submitted,

                                                       ANTONE MONIZ
                                                       Superintendent of the Plymouth
                                                       County Correctional Facility

                                                       By his attorneys,

                                                       ANDREW E. LELLING,
                                                       United States Attorney

By:    */s/ Jason C. Weida*
         Jason C. Weida
         Assistant U.S. Attorney
         United States Attorney's Office
         1 Courthouse Way, Suite 9200

---

[1] By way of general update, there have now been 14 tests in total of the inmate and detainee population at PCCF. Thirteen of those 14 tests were negative. There are no outstanding inmate or detainee tests at this time. And, the test results of the staff member mentioned in yesterday's status report are still pending at the date and time of filing.

Boston, Massachusetts  02210
(617) 748-3180
Dated:  April 30, 2020                                      Jason.Weida@usdoj.gov