UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAEZ, JONATHAN BERMUDEZ JERMAINE GONSALVES, and DEDRICK LINDSEY on behalf of themselves and all others similarly situated,<br><br>            Petitioners,<br><br>    v.<br><br>ANTONE MONIZ,<br><br>            Respondent. | Civil Action No. 20-10753-LTS |

## **RESPONDENT'S STATUS REPORT**

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility ("PCCF"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this status report to inform the Court and parties of the below developments.

There have been two positive employee tests since the last status report. *First*, a deputy sheriff who works at the civil process office in Brockton. The deputy does not work at PCCF. The deputy had no close contact with anyone at PCCF, but the Department did have to send some Brockton employees home. *Second*, a caseworker who was tested on April 30, 2020, and received a positive test result on May 2, 2020. The caseworker has not been at PCCF since April 23, 2020. The human resources unit confirmed that the caseworker had no contact with inmates or detainees.

                                            Respectfully submitted,

                                            ANTONE MONIZ
                                            Superintendent of the Plymouth
                                            County Correctional Facility

                                                                    By his attorneys,

                                                                    ANDREW E. LELLING,
                                                                    United States Attorney

                                         By:    */s/ Jason C. Weida*
                                                                   Jason C. Weida
                                                                   Assistant U.S. Attorney
                                                                   United States Attorney's Office
                                                                   1 Courthouse Way, Suite 9200
                                                                   Boston, Massachusetts  02210
                                                                   (617) 748-3180
Dated:  May 5, 2020                                           Jason.Weida@usdoj.gov