UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANTHONY BAEZ, JONATHAN BERMUDEZ JERMAINE GONSALVES, and DEDRICK LINDSEY on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-10753-LTS |
| | ) | |
| ANTONE MONIZ, | ) | |
| | ) | |
| Respondent. | ) | |

**RESPONDENT'S STATUS REPORT**

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility ("PCCF"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this status report to inform the Court and parties of the below developments.

There has been one positive employee test since the last status report. The employee is a communications officer who does not work at PCCF. The Department did not need to send anyone home because there was no close contact between the employee and any other employees.

By way of further update, at the date and time of filing, 19 inmates and detainees at PCCF have been tested. As previously reported, one result of a state pretrial detainee was positive. All other results of inmates and detainees were negative. Currently, there are no outstanding tests of inmates or detainees.

Respectfully submitted,

ANTONE MONIZ
Superintendent of the Plymouth
County Correctional Facility

By his attorneys,

ANDREW E. LELLING,
United States Attorney

By:     */s/ Jason C. Weida*
     Jason C. Weida
     Assistant U.S. Attorney
     United States Attorney's Office
     1 Courthouse Way, Suite 9200
     Boston, Massachusetts  02210
     (617) 748-3180
Dated:  May 12, 2020      Jason.Weida@usdoj.gov