UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAEZ, JONATHAN BERMUDEZ JERMAINE GONSALVES, and DEDRICK LINDSEY on behalf of themselves and all others similarly situated,<br><br>        Petitioners,<br><br>    v.<br><br>ANTONE MONIZ,<br><br>        Respondent. | Civil Action No. 20-10753-LTS |

## **RESPONDENT'S STATUS REPORT**

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility ("PCCF"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this status report to inform the Court and parties of the below developments.

There has been one positive employee test since the last status report. On June 1, 2020, PCCF learned that an employee tested positive. The employee is a maintenance officer. The employee has not been at PCCF since May 15.

By way of further update, at the date and time of filing, 28 inmates and detainees at PCCF have been tested. As previously reported, a total of two results of state pretrial detainees have been positive. All other results of inmates and detainees were negative.

                                                                        Respectfully submitted,

                                                                        ANTONE MONIZ
                                                                        Superintendent of the Plymouth
                                                                        County Correctional Facility

By his attorneys,

ANDREW E. LELLING,
United States Attorney

By:   */s/ Jason C. Weida*
      Jason C. Weida
      Assistant U.S. Attorney
      United States Attorney's Office
      1 Courthouse Way, Suite 9200
      Boston, Massachusetts  02210
      (617) 748-3180

Dated:  June 1, 2020                 Jason.Weida@usdoj.gov