UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAEZ, JONATHAN BERMUDEZ JERMAINE GONSALVES, and DEDRICK LINDSEY on behalf of themselves and all others similarly situated,<br><br>            Petitioners,<br><br>    v.<br><br>ANTONE MONIZ,<br><br>            Respondent. | Civil Action No. 20-10753-LTS |

**RESPONDENT'S STATUS REPORT**

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility ("PCCF"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this status report to inform the Court and parties of the below developments.

Today, Respondent obtained an unconfirmed report that a *former* ICE detainee in Unit E-3, released from PCCF on June 15, may have tested positive for COVID-19 when he took a test following his release. The same day, PCCF was able to confirm with the Massachusetts Department of Public Health that this individual in fact tested positive following his release. Out of an abundance of caution, PCCF took the following steps. *First*, PCCF locked down Unit E-3. *Second*, PCCF began contact tracing. *Third*, PCCF will test all detainees in Unit E-3.

By way of further update, at the date and time of filing, 38 inmates and detainees at PCCF have been tested, or 39 if the above individual is included (he was tested following release). As

previously reported, a total of two results of state pretrial detainees have been positive. All other results of inmates and detainees tested while in custody were negative.

                                          Respectfully submitted,

                                          ANTONE MONIZ
Superintendent of the Plymouth County Correctional Facility

By his attorneys,

ANDREW E. LELLING,
United States Attorney

By: */s/ Jason C. Weida*
Jason C. Weida
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3180
Dated: June 22, 2020                          Jason.Weida@usdoj.gov