UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY BAEZ, JONATHAN BERMUDEZ JERMAINE GONSALVES, and DEDRICK LINDSEY on behalf of themselves and all others similarly situated,<br><br>    Petitioners,<br><br>  v.<br><br>ANTONE MONIZ,<br><br>    Respondent. | Civil Action No. 20-10753-LTS |

## RESPONDENT'S UPDATED STATUS REPORT

Respondent Antone Moniz ("Respondent"), Superintendent of the Plymouth County Correctional Facility ("PCCF"), by and through his attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this updated status report.

On Monday, June 22, 2020, Respondent reported as follows:

> Today, Respondent obtained an unconfirmed report that a *former* ICE detainee in Unit E-3, released from PCCF on June 15, may have tested positive for COVID-19 when he took a test following his release. The same day, PCCF was able to confirm with the Massachusetts Department of Public Health that this individual in fact tested positive following his release. Out of an abundance of caution, PCCF took the following steps. *First*, PCCF locked down Unit E-3. *Second*, PCCF began contact tracing. *Third*, PCCF will test all detainees in Unit E-3.

Doc. # 76.

Respondent wishes to inform the Court that, of the 15 detainees in Unit E-3, 14 agreed to be tested for COVID-19. All of those test results were negative. As the precaution, the one detainee who refused to be tested has been isolated in the medical unit, where he will remain for

14 days from his last contact with the former detainee who tested positive following his release (that is, 14 days from Monday, June 15).

By way of further update, at the date and time of filing, 53 inmates and detainees at PCCF have been tested. As previously reported, two results of state pretrial detainees have been positive, as well as a former ICE detainee who tested positive following his release. All other results of inmates and detainees were negative.

    Respectfully submitted,

    ANTONE MONIZ
    Superintendent of the Plymouth
    County Correctional Facility

    By his attorneys,

    ANDREW E. LELLING,
    United States Attorney

By:   */s/ Jason C. Weida*
    Jason C. Weida
    Assistant U.S. Attorney
    United States Attorney's Office
    1 Courthouse Way, Suite 9200
    Boston, Massachusetts 02210
    (617) 748-3180
Dated: June 24, 2020     Jason.Weida@usdoj.gov